CUEVAS, PLAINTIFF AND RESPONDENT, *v.* CARTAGENA, DEFENDANT AND APPELLANT.

APPEAL from the District Court of Ponce in *Habeas Corpus* Proceedings.

MOTION of the Respondent for the Dismissal of the Appeal.

No. 1170.—Decided June 23, 1914.

HABEAS CORPUS—APPEAL—TRANSCRIPT OF RECORD.—The fact that the appellant in *habeas corpus* proceedings failed to file a transcript of the record in the Supreme Court is no ground for the dismissal of the appeal at the instance of the respondent, for, in accordance with the *Habeas Corpus* Act of March 12, 1903, the judge or court *a quo,* and not the appellant, should send up the transcript of the record to the Supreme Court.

The facts are stated in the opinion.
*Mr. Fernando Fornaris* for the respondent.
The appellant did not appear.
MR. JUSTICE DEL TORO delivered the opinion of the court.
In the present case the plaintiff filed a motion in this court for the dismissal of the appeal taken from a final order made in the case by the District Court of Ponce.
This is a *habeas corpus* proceeding and the motion to dismiss is based on the failure of the defendant to file the tran-

script of the record in the office of the secretary of this court within the time fixed by law. The plaintiff cites section 295 of the Code of Civil Procedure in support of his motion.

We are of the opinion that the motion should be overruled because appeals in *habeas corpus* proceedings are governed by a special act passed by the Legislative Assembly in 1903, section 3 of which provides that when an appeal is properly taken it shall not be abated by the happening of any events subsequent to the entry of the final order, except the death of the prisoner; and section 4 imposes upon the court or judge from whose order the appeal is taken and not upon the appellant the duty of transmitting the transcript of the record to the Supreme Court.

Consequently the motion for the dismissal of the appeal should be overruled.

*Motion overruled.*

Chief Justice Hernández and Justices Wolf, Aldrey and Hutchison concurred.